|  |  |  |
|---|---|---|
| Tazinique Echols, on behalf of herself and all others similarly situated, | ) ) ) ) ) | **United States District Court Northern District of Illinois** |
| Plaintiffs, | ) ) | Case No.: 1:26-cv-2129 |
| v. | ) ) | |
| Harney & Sons Tea Corp., | ) ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) ) ) | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 15, 2026

EQUAL ACCESS LAW GROUP, PLLC

Attorneys for Plaintiff

/s/ Alison Chan_____

By: Alison Chan, Esq

4903 Avenue N,

Brooklyn NY 11234

O: 844-731-3343

D: 929-442-2154

Email: Achan@ealg.law