**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TAZINIQUE ECHOLS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HARNEY & SONS TEA CORP.,<br><br>        Defendant. | Case No. 1:26-cv-02129<br><br>Hon. Joan B. Gottschall |

**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT**

Plaintiff and Defendant, Harney & Sons Tea Corp. ("Harney & Sons"), by and through their undersigned counsel, hereby submit the following Initial Joint Status Report:

1) Attorneys of Record for Each Party:

> Plaintiff's Attorney:
> Alison Chan
> Equal Access Law Group PLLC
> 4903 Avenue N
> Brooklyn, NY 11234
> 929-442-2154
> Email: achan@ealg.law
>
> *Counsel for Plaintiff*
>
> Marnie Allison Holz
> Greenspoon Marder
> 227 West Monroe Street
> Suite 3950
> Chicago, IL 60606
> 773-395-1601
> Email: marnie.holz@gmlaw.com
>
> *Counsel for Defendant*

2) Basis for Court's Jurisdiction

    a) Plaintiff filed suit for alleged violations of Title III of the Americans with Disabilities Act,

1

42 U.S.C. § 12181, *et seq.* (the "ADA") and declaratory relief.

3) Corporate Disclosures and Notifications of Affiliates:

a) All parties have been served and Defendant has filed its Local Rule 3.2 Notification of Affiliates and Federal Rule of Civil Procedure 7.1(a) Corporate Disclosure Statement.

4) Nature and Scope of the Case:

Plaintiff Tazinique Echols, who is legally blind, brings this action under Title III of the Americans with Disabilities Act ("ADA") and related state law, alleging that Defendant's commercial website, Harney.com, is inaccessible to blind and visually impaired users relying on screen-reading software. Plaintiff seeks injunctive relief requiring Defendant to make its website accessible and compliant with the Web Content Accessibility Guidelines (WCAG 2.2), as well as compensatory, statutory, and punitive damages.

5) Settlement Opportunities:

a) The parties have agreed to settlement in principle and are engaging in discussions to finalize the settlement and release agreement.

6) Proposed Discovery Schedule:

a) Not Applicable as the parties anticipate a finalized confidential release and settlement agreement within fourteen (14) days, by July 16, 2026.

DATED: July 2, 2026

| | |
|---|---|
| **/s/ Alison Chan** | */s/ Marnie A. Holz* |
| By: Alison Chan, Esq. | Marnie A. Holz |
| EQUAL ACCESS LAW GROUP, PLLC | Greenspoon Marder LLP |
| 4903 Avenue N | 227 W. Monroe St., Ste 3950 |
| Brooklyn NY 11234 | Chicago, Illinois 60606 |
| O: 844-731-3343 | Tel: 773-395-1623 |
| D: 929-442-2154 | Email: marnie.holz@gmlaw.com |
| Email: Achan@ealg.law | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

2

Melanie A. Conroy
(*pro hac vice motion to be filed*)
Samih Eloubeidi
(*pro hac vice motion to be filed*)
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
Tel: 617-488-8234
Email: mconroy@PierceAtwood.com
seloubeidi@PierceAtwood.com

*Attorneys for Defendant Harney & Sons
Tea Corp.*

### <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on July 2, 2026, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Joint Status Report was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court.

/s/ *Marnie A. Holz*
Marnie A. Holz